# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| S. PARKER CONSTRUCTION, INC., ) | |
| ) Plaintiff, ) | Case No. 2:08-cv-01439-JCM-GWF |
| vs. ) | **ORDER** |
| SUNTEX HOMES, LLC, *et al*., ) ) Defendants. ) | |

This matter is before the Court on the Plaintiff's Interim Status Report (#88) filed March 28, 2011. Upon review and consideration,

**IT IS ORDERED** that Plaintiff/Fourth Party Plaintiff, S. Parker Construction, Inc. dba Barry Parker Construction, and Third Party Defendants, Sean Barry, Shane Barry and Scott Barry, shall file a Motion to Dismiss or Stipulation to Dismiss no later than **April 29, 2011**.

DATED this 29th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge