# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S. PARKER CONSTRUCTION, INC., <br><br>  Plaintiff, <br><br> v. <br><br> SUNTEX HOMES, LLC, et al., <br><br>  Defendants. | 2:08-CV-1439 JCM (GWF) |

**ORDER**

Presently before the court is the case of *S. Parker Construction, Inc. v. Suntex Homes, LLC, et. al.*, 2:08-cv-01439-JCM-GWF.

On December 12, 2011, the court issued an order to show cause why this case should not be dismissed for failure to comply with the local rules and a court order. (Doc. #93). The order noted that the last docket entry in this case was on August 9, 2011. (Doc. #92). The parties have not filed any documents in this case since April 29, 2011. (Doc. #90). Pursuant to the order to show cause, the parties were required to respond by December 23, 2011. (Doc. #93). To date, the parties have not responded to the court's order.

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
2 be, and the same hereby is, DISMISSED.
3  DATED February 22, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -